Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                              Case No.:  19−16727−SLM
                                              Chapter:  13
                                              Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sean F Connolly                                      Julianne Connolly
   12 Kenvil Avenue                                  12 Kenvil Avenue
   Succasunna, NJ 07876                            Succasunna, NJ 07876

Social Security No.:
   xxx−xx−6470                                              xxx−xx−4635

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
     was entered on .

     Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).


Dated: October 14, 2020
JAN: rah

                                                                                       Jeanne Naughton
                                                                                       Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Sean F Connolly  
Julianne Connolly  
    Debtor(s)

Case No. 19-16727-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3  
Date Rcvd: Oct 14, 2020      Form ID: 148      Total Noticed: 40

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Sean F Connolly, Julianne Connolly, 12 Kenvil Avenue, Succasunna, NJ 07876-1408 |
| 518160059 | ++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088 address filed with court:, American Honda Finance, 201 Little Falls Drive, Wilmington, DE 19808 |
| 518160058 | | America Honda Finance, P.O. Box 65507, Wilmington, DE 19808-0507 |
| 518182828 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518214201 | + | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518160071 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Macy's, Bankruptcy Processing, P.O. Box 8053, Mason, OH 45040 |
| 518293813 | + | RoundPoint Mortgage Servicing Corporation, 5016 Parkway Plaza Blvd Buildings 6&8, Charlotte, NC 28217-1932 |
| 518160073 | | Roundpoint Mortgage Servicing Corp., P.O. Box 19409, Charlotte, NC 28219-9409 |
| 518160075 | + | Stephen Einstein & Associates PC, 39 Broadway Suite 1250, New York, NY 10006-3089 |
| 518160083 | + | Weltman, Weinberg & Reis Co., LPA, 170 S. Independence Mall W., Suite 874W, Philadelphia, PA 19106-3334 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 14 2020 21:59:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 14 2020 21:59:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: RMSC.COM | Oct 15 2020 01:23:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 518189157 | | EDI: HNDA.COM | Oct 15 2020 01:23:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 518160060 | | EDI: BANKAMER.COM | Oct 15 2020 01:18:00 | Bank of America, P.O. Box 982238, El Paso, TX 79998-2235 |
| 518221386 | | EDI: BL-BECKET.COM | Oct 15 2020 01:23:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518296150 | + | EDI: CITICORP.COM | Oct 15 2020 01:23:00 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0493 |
| 518160063 | | EDI: WFNNB.COM | Oct 15 2020 01:23:00 | Comenity Bank/LNBRYANT, P.O. Box 182789, Columbus, OH 43218-2789 |
| 518160064 | | EDI: WFNNB.COM | Oct 15 2020 01:23:00 | Comenity Bank/TORRID, P.O. Box 182789, Columbus, OH 43218-2789 |
| 518160065 | + | Email/Text: kthompson@crownasset.com | Oct 14 2020 21:59:00 | Crown Asset Management , LLC, 3100 Breckinridge Blvd #725, Duluth, GA 30096-7605 |

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 14, 2020 | Form ID: 148 | Total Noticed: 40 |

| | | | | |
|---|---|---|---|---|
| 518160067 | | EDI: DISCOVER.COM | Oct 15 2020 01:23:00 | Discover Bank, P.O. Box 30943, Salt Lake City, UT 84130 |
| 518160066 | | EDI: DISCOVER.COM | Oct 15 2020 01:23:00 | Discover Bank, PO Box 15316, Wilmington, DE 19850-5316 |
| 518160072 | | EDI: CITICORP.COM | Oct 15 2020 01:23:00 | Macy's/DSNB, P.O. Box 8218, Mason, OH 45040-8218 |
| 518295240 | | EDI: Q3G.COM | Oct 15 2020 01:23:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518169774 | | EDI: DISCOVER.COM | Oct 15 2020 01:23:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518160062 | | EDI: JPMORGANCHASE | Oct 15 2020 01:23:00 | Chase, P.O. Box 15298, Wilmington, DE 19850 |
| 518160069 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 14 2020 21:58:00 | Kohl's Dept. Store, P.O. Box 3115, Milwaukee, WI 53201-3115 |
| 518160070 | + | EDI: WFNNB.COM | Oct 15 2020 01:23:00 | Lane Bryant Retail/SOA, 450 Winks Lane, Bensalem, PA 19020-5932 |
| 518295666 | | EDI: PRA.COM | Oct 15 2020 01:23:00 | Portfolio Recovery Associates, LLC, c/o Care Credit, POB 41067, Norfolk VA 23541 |
| 518160076 | | EDI: RMSC.COM | Oct 15 2020 01:23:00 | SYNCB/ CARE CREDIT, PO Box 965036, Orlando, FL 32896-5036 |
| 518160077 | + | EDI: RMSC.COM | Oct 15 2020 01:23:00 | SYNCB/CARE CREDIT, 950 FORRER BLVD, Dayton, OH 45420-1469 |
| 518160074 | | EDI: CITICORP.COM | Oct 15 2020 01:23:00 | Sears /CBNA, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 518161044 | + | EDI: RMSC.COM | Oct 15 2020 01:23:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518160078 | | EDI: RMSC.COM | Oct 15 2020 01:23:00 | Synchrony Bank/BP, PO Box 965064, Orlando, FL 32896-5064 |
| 518160079 | | EDI: RMSC.COM | Oct 15 2020 01:23:00 | Synchrony Bank/Care Credit, P.O. Box 965036, Orlando, FL 32896-5036 |
| 518270703 | + | Email/Text: bncmail@w-legal.com | Oct 14 2020 21:59:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518160080 | + | EDI: WTRRNBANK.COM | Oct 15 2020 01:23:00 | TD Bank USA/Target Credit, P.O. Box 673, Minneapolis, MN 55440-0673 |
| 518160081 | | EDI: CITICORP.COM | Oct 15 2020 01:23:00 | The Home Depot/ CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 518160082 | + | EDI: WFFC.COM | Oct 15 2020 01:23:00 | Wells Fargo Bank, N.A., Credit Bureau Resolution, PO Box 14517, Des Moines, IA 50306-3517 |
| 518284071 | | EDI: WFFC.COM | Oct 15 2020 01:23:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 30

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518160068 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, Honda Financial Services, P.O. Box 65507, Wilmington, DE 19808-0507 |

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 14, 2020 | Form ID: 148 | Total Noticed: 40 |

| | | | |
|---|---|---|---|
| 518160061 | *P++ | | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, P.O. Box 982238, El Paso, TX 79998 |
| jdb | *+ | | Julianne Connolly, 12 Kenvil Avenue, Succasunna, NJ 07876-1408 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 16, 2020                                      Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Trustee Marie-Ann Greenberg dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor RoundPoint Mortgage Servicing Corporation kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Vera Fedoroff | on behalf of Joint Debtor Julianne Connolly vf@legalmattersnj.com |
| Vera Fedoroff | on behalf of Debtor Sean F Connolly vf@legalmattersnj.com |

TOTAL: 6