Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.: 19−16727−SLM
    Chapter: 13
    Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Sean F Connolly | Julianne Connolly |
| 12 Kenvil Avenue | 12 Kenvil Avenue |
| Succasunna, NJ 07876 | Succasunna, NJ 07876 |

Social Security No.:
  xxx−xx−6470                                      xxx−xx−4635

Employer's Tax I.D. No.:

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>November 16, 2020</u>                  <u>Stacey L. Meisel</u>
                                                    Judge, United States Bankruptcy Court